IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DARRICK SHANE MCDUFFIE,<br>   *Plaintiff*<br><br>      *v.*<br><br>DEKALB COUNTY POLICE DEPARTMENT<br>JEFF MANN (in his personal capacity and<br>  in his capacity as Sheriff of DeKalb County),<br>ROBERT JAMES (in his personal capacity and<br>  in his capacity as District Attorney of DeKalb<br>  County), and<br>JOHN DOES 1-100<br>   *Defendants* | CIVIL ACTION<br>File No:<br>**16-cv-01430-wsd**<br><br>JURY TRIAL<br>DEMANDED |

**PLAINTIFF'S SECOND MOTION FOR
EXTENSION OF TIME TO RESPOND TO DEFENDANTS'
MOTIONS FOR JUDGMENT ON THE PLEADINGS**

COMES NOW Plaintiff **DARRICK SHANE MCDUFFIE**, by and through his undersigned counsel, and presents to this Honorable Court this **Plaintiff's Second Motion for Extension of Time to Respond to Defendants' Motions for Judgment on The Pleadings**, and in support thereof presents the following:

1.

Defendant Robert James filed a Motion for Judgment on the Pleadings in this Matter on May 24, 2016.

**2.**

Defendant Jeff Mann filed a Motion for Judgment on the Pleadings in this Matter on May 27, 2016.

**3.**

This Court previously granted Plaintiff's first Motion for Extension of Time to Respond to Defendant's Motions for Judgment on the Pleadings; pursuant to the Court's order, Plaintiff's responses to Defendants' motions are due on July 7, 2016 (for Defendant James) and July 11, 2016 (for Defendant Mann).

**4.**

Plaintiff requires additional time to review records received from Defendants via Open Records Act requests and to compose a response to Defendants' motions.

**5.**

Plaintiff therefore requests that the deadline for filing a response to both Defendant's Motions for Judgment on the Pleadings be extended until July 22, 2016.

**6.**

Plaintiff's counsel has communicated with Nikisha L. McDonald, counsel for Defendant Mann, and Ronald J. Stay, counsel for Defendant James, and is authorized to inform the Court that Defendants Mann and James consent to Plaintiff's request.

**7.**

WHEREFORE, Plaintiff respectfully requests that this Court:

a) Extend the time to respond to Defendant Robert James' Motion for Judgment on the Pleadings until July 22, 2016; and

b) Extend the time to respond to Defendant Jeff Mann's Motion for Judgment on the Pleadings until July 22, 2016; and

c) For such other relief as this Court may deem just and proper.

Respectfully submitted on this day, July 7, 2016.

`s/Adam J. Klein`
Adam J. Klein
Attorney for Plaintiff
Georgia Bar No. 425032

Law Offices of Adam J. Klein
6 Concourse Parkway
Suite 2920
Atlanta, Georgia 30328

| | |
|---|---|
| OFFICE | (678) 534-2528 |
| FAX | (404) 475-3091 |
| CELL | (404) 429-7981 |

aklein@adamkleinlaw.com

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1(B)**

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing was prepared in compliance with Local Rule 5.1(B) in 13-point New Century Schoolbook type.

So certified on this day, July 7, 2016.

>   s/Adam J. Klein
>   Adam J. Klein
>   Attorney for Plaintiff
>   Georgia Bar No. 425032
>
>   Law Offices of Adam J. Klein
>   6 Concourse Parkway
>   Suite 2920
>   Atlanta, Georgia 30328
>
>   OFFICE (678) 534-2528
>   FAX    (404) 475-3091
>   CELL   (404) 429-7981
>
>   aklein@adamkleinlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

Ronald J. Stay  
Assistant Attorney General  
Department of Law  
State of Georgia  
40 Capitol Square, S.W.  
Atlanta, Georgia 30334-1300

Nikisha L. McDonald  
Aaron J. Ross  
DeKalb County Law Department  
1300 Commerce Drive, 5th Floor  
Decatur, GA 30030

So certified on this day, July 7, 2016.

```
s/Adam J. Klein
```
Adam J. Klein  
Attorney for Plaintiff  
Georgia Bar No. 425032

Law Offices of Adam J. Klein  
6 Concourse Parkway  
Suite 2920  
Atlanta, Georgia 30328

OFFICE     (678) 534-2528  
FAX        (404) 475-3091  
CELL       (404) 429-7981

aklein@adamkleinlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DARRICK SHANE MCDUFFIE,<br>   *Plaintiff*<br><br>     *v.*<br><br>DEKALB COUNTY POLICE DEPARTMENT<br>JEFF MANN (in his personal capacity and<br>  in his capacity as Sheriff of DeKalb County),<br>ROBERT JAMES (in his personal capacity and<br>  in his capacity as District Attorney of DeKalb<br>  County), and<br>JOHN DOES 1-100<br>   *Defendants* | CIVIL ACTION<br>File No:<br>**16-cv-01430-wsd**<br><br>JURY TRIAL<br>DEMANDED |

## ORDER EXTENDING PLAINTIFF'S TIME TO RESPOND TO DEFENDANTS' MOTIONS FOR JUDGMENT ON THE PLEADINGS

Plaintiff having filed a Motion to Extend Time to Respond to Defendant's Motions for Judgment on the Pleadings; Defendants Jeff Mann and Robert James having consented to Plaintiff's Motion; the Court having read and considered the Motion and all other relevant pleadings, and this Court having found good cause to grant the Motion, Plaintiff's Motion is hereby GRANTED.

The time in which Plaintiff' may file a response to Defendant Robert James' Motion for Judgment on the Pleadings is hereby extended until July 22, 2016. The time in which Plaintiff' may file a response to Defendant Jeff Mann's Motion for Judgment on the Pleadings is hereby extended until July 22, 2016.

1

IT IS SO ORDERED this _____ day of _____, 2016.

                                              _____
                                              William S. Duffey, Jr.
                                              United States District Judge